FILED
2026 Sep-30 AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* J. Bryan Quesenberry,<br><br>Plaintiff,<br><br>v.<br><br>BIRMINGHAM JEFFERSON CENTER AUTHORITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:24-CV-00088-MHH |

**THE UNITED STATES' NOTICE REGARDING DISMISSAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General does not object to the dismissal of this *qui tam* action without prejudice. *See* Memo. Op. and Order 5-6, Doc. 43 ("No later than September 30, 2026, the United States shall indicate whether it objects to the dismissal of this *qui tam* action for lack of subject matter jurisdiction.").

Respectfully submitted,
Phillip W. Williams Jr.
United States Attorney

s/ Don B. Long III
DON B. LONG III
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North

Birmingham, Alabama 35203
205-244-2001
Don.long2@usdoj.gov