FILED
2026 Sep-30 PM 06:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. J. BRYAN QUESENBERRY,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>TUSCALOOSA COUNTY PARK AND RECREATION AUTHORITY,<br><br>Defendant. | **RELATOR'S REPLY TO MEMORANDUM OPINION AND ORDER**<br><br>JURY TRIAL DEMANDED<br><br>Civil Action No. 2:24-cv-88 MHH |

Plaintiff/Relator, pro se, submits this reply to the September 28, 2026 Memorandum Opinion and Order (Doc. 43). Pursuant to said Order, the Court ordered Relator to submit "a list of the docket entries that he drafted and to which he affixed Mr. Hussey's electronic signature." Below is a table of docket entries in response to this order.

According to the table, Mr. Hussey affixed his own signature to document nos. 18, 22, and 24. Footnote 1 explains the signers for document no. 26. Regarding document no. 35, which was jointly drafted by Ms. Alvarez and Mr. Quesenberry, all three signers approved affixing their electronic signatures.

| Doc. No. | Pleading Title | Drafter | Signer | e-filer |
|---|---|---|---|---|
| 18 | Amended Complaint | Hussey<br>Quesenberry | Hussey | Hussey |
| 22 | Unopposed Motion for Extension of Time | Hussey<br>Quesenberry | Hussey | Hussey |
| 24 | Second Unopposed Motion for Extension of Time | Hussey<br>Quesenberry | Hussey | Hussey |
| 26 | Opposition to Motion to Dismiss | Hussey<br>Quesenberry | Hussey<br>Quesenberry[1] | Quesenberry |
| 35 | Motion to Substitute Counsel | Alvarez<br>Quesenberry | Alvarez<br>Quesenberry<br>Hussey | Alvarez |
| 39 | Joinder in Motion to Withdraw | Quesenberry | Quesenberry | Quesenberry |
| 41 | Reply to Defendant's Request for Related Relief | Quesenberry | Quesenberry | Quesenberry |
| 42 | Reply to Defendant's Request for Related Relief (replaced Doc. no. 41) | Quesenberry | Quesenberry | Quesenberry |

DATED September 30, 2026.

*/s/ J. Bryan Quesenberry*

J. Bryan Quesenberry
903 E. 430 S.
Salem, UT 84653
jbq.esq@gmail.com
801-473-9951
Relator

[1] Mr. Hussey signed this pleading. Mr. Quesenberry separately signed the Certificate of Service attached to the pleading because he personally e-mailed the pleading and attachments to defense counsel and the Assistant U.S. Attorney on November 3, 2025. Although Mr. Quesenberry signed the Certificate of Service and emailed the pleading and attachments to counsel for the parties, Mr. Hussey and Mr. Quesenberry jointly drafted the pleading and Mr. Hussey affixed his electronic signature to the pleading.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all participants of the CM/ECF system that I accomplished service on the following:

Benjamin S. Goldman
Christopher S. Williams
Emily B. Van Haneghan
bgoldman@handfirm.com
cwilliams@handfirm.com
evanhaneghan@handfirm.com

Don B. Long
don.long2@usdoj.gov

*/s/ J. Bryan Quesenberry*
J. Bryan Quesenberry